*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:                           Assigned/Issued By: AEE

Judge Name: COAR                       Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP       ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____      ☐ Other
     *(Type of Writ)*                   _____
                                        _____
                                        *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                    *(Date)*

_____

_____