AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

I hereby certify that I have served the within writ on the __21ST__ day of __July__ 2008 by leaving a copy at __401 S. Hamilton St. Gary, IN__ the dwelling place or usual place of abode of said defendant.

ROGELIO ROY DOMINGUEZ, SHERIFF
By __[signature]__ BAILIFF
Copy Mailed __7-21-08__

**SUMMONS IN A CIVIL CASE**

JAMES M. SWEENEY, et al.

V.

TMC CONTRACTORS, INC., a revoked Indiana corporation

CASE NUMBER: 08CV3934

ASSIGNED JUDGE: **JUDGE COAR**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

TMC Contractors, Inc.
c/o Kevin L. Thomas, Registered Agent/President
~~200 S. Wacker Drive, Suite 3100~~
~~Chicago, IL 60606~~
~~(312) 674-4969~~

401 S. Hamilton Street
Gary, IN  46403-2360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4317

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

__Anya Ellis__
(By) DEPUTY CLERK

July 10, 2008
Date



Lake County, Indiana
Sheriff's Department
Civil Process Division

# Affidavit Of Out of State Service

23261
OC

State of ILLINOIS     Cause Number 08CV3934

County of _____

Plaintiff JAMES M. SWEENEY

VS.

Defendant TMC CONTRACTORS INC

(State of Indiana
(County of Lake

**Deputy Sheriff** JOE VANSCOYK, on oath, being duly sworn deposes and says: I am a citizen of the United States and the state of Indiana; above the age of twenty-one years, not a party of the entitled action, and in no way interested therein. That on the 21ST Day of JULY, 20 08, in the city of GARY, County of Lake and the State of Indiana, I served, in the above entitled cause, on the named Defendant KEVIN L. THOMAS Reg Agent/PRES by mailing, also delivering to and leaving with at

(ADDRESS) 401 S. HAMILTON ST. GARY, IN. 46403-2360

☐PERSONALLY  ☐AUTHORIZED AGENT  ☒PLACE OF RESIDENCE AND COPIES MAILED

_Joe VanScoyk_  BAILIFF
~~Deputy~~ Sheriff of Lake County, Indiana

Subscribed and sworn to and before me this 21 Day of July A.D. 2008.

Notary Public: _Ramona L Puskar_  My Commission Expires: _____




RAMONA L. PUSKAR
Lake County
My Commission Expires
May 15, 2015