IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 3934 |
| | ) | |
| TMC CONTRACTORS, INC., a revoked Indiana corporation, | ) | JUDGE DAVID H. COAR |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND
FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of TMC CONTRACTORS, INC., a revoked Indiana corporation, Defendant herein, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.

On July 21, 2008, the Summons and Complaint was served on the Registered Agent/President by tendering a copy of said documents to him personally at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 11, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of September 2008:

    Mr. Kevin L. Thomas, Registered Agent/President
    TMC Contractors, Inc.
    401 S. Hamilton Street
    Gary, IN   46403-2360


      /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

i:\moej\tmc contractors\motion.jdg.df.wpd

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

I hereby certify that I have served the within writ on the __21ST__ day of __July__ 2008 by leaving a copy at __401 S. Hamilton St. Gary, IN__ the dwelling place or usual place of abode of said defendant.
ROGELIO ROY DOMINGUEZ, SHERIFF
By _____ BAILIFF
Copy Mailed __7-21-08__

JAMES M. SWEENEY, et al.

**SUMMONS IN A CIVIL CASE**

V.

TMC CONTRACTORS, INC., a revoked Indiana corporation

CASE NUMBER: 08CV3934

ASSIGNED JUDGE: **JUDGE COAR**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

TMC Contractors, Inc.
c/o Kevin L. Thomas, Registered Agent/President
~~200 S. Wacker Drive, Suite 3100~~
~~Chicago, IL 60606~~
~~(312) 674-4969~~
401 S. Hamilton Street
Gary, IN 46403-2360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4317

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Anya Ellis_
(By) DEPUTY CLERK

July 10, 2008
Date





Lake County, Indiana
Sheriff's Department
Civil Process Division

# Affidavit Of Out of State Service

232601
OC

State of __ILLINOIS__    Cause Number __08CV3934__

County of _____

Plaintiff __JAMES M. SWEENEY__

VS.

Defendant __TMC CONTRACTORS INC__

(State of Indiana
(County of Lake

**Deputy Sheriff** __JOE VAN SCOYK__, on oath, being duly sworn deposes and says: I am a citizen of the United States and the state of Indiana; above the age of twenty-one years, not a party of the entitled action, and in no way interested therein. That on the __21ST__ Day of __JULY__, 20 __08__, in the city of __GARY__, County of Lake and the State of Indiana, I served, in the above entitled cause, on the named Defendant __KEVIN L. THOMAS Reg Agent/PRES__ by mailing, also delivering to and leaving with at

(ADDRESS) __401 S. HAMILTON ST. GARY, IN. 46403-2360__

☐PERSONALLY  ☐AUTHORIZED AGENT  ☒PLACE OF RESIDENCE AND COPIES MAILED

_Joe VanScoyk_   BAILIFF
~~Deputy~~ Sheriff of Lake County, Indiana

Subscribed and sworn to and before me this __21__ Day of __July__ A.D. 20__08__.

Notary Public: _Ramona L Puskar_   My Commission Expires: _____



RAMONA L. PUSKAR
Lake County
My Commission Expires
May 15, 2015