## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 3934 |
| | ) | |
| TMC CONTRACTORS, INC., a revoked Indiana corporation, | ) ) | JUDGE DAVID H. COAR |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Mr. Kevin L. Thomas, Registered Agent/President
TMC Contractors, Inc.
401 S. Hamilton Street
Gary, IN   46403-2360

YOU ARE HEREBY NOTIFIED that on **Thursday**, the **11th** day of **September 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable David H. Coar, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1419, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit. A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of September 2008:

                Mr. Kevin L. Thomas, Registered Agent/President
                TMC Contractors, Inc.
                401 S. Hamilton Street
                Gary, IN   46403-2360


                /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

i:\moej\tmc contractors\noticeofmotion.jdg.df.wpd